UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | ECF CASE |
| ) | NOTICE OF APPEARANCE |
| ) | AND REQUEST FOR |
| v. ) | ELECTRONIC |
| ) | NOTIFICATION |
| LUIS CARLOS CONDE-FALON, ) |  |
|     a/k/a "Nene," ) | S1 06 Cr. 507 (RJS) |
| MANUEL HUMBERTO GOMEZ, ) |  |
| ARLES BALLESTEROS-SANCHEZ, ) |  |
| LUIS ALEJANDRO LEYTON-GONZALEZ, and ) |  |
| JHONATAN CRUZ-VARGAS, ) |  |
| ) |  |
|                 Defendants. ) |  |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case, and to include her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                    Respectfully submitted,

                                    MICHAEL J. GARCIA
                                    United States Attorney for the
                                    Southern District of New York


                                 by:   /Sarah Y. Lai/
                                       Sarah Y. Lai
                                       Assistant United States Attorney
                                       Tel.: (212) 637-1944


cc: Howard Leader, Esq.